No. 77–5932.   Farrell et al. v. Czarnetzky et al.   C. A. 2d Cir.   Certiorari denied.

No. 77–5934.   Behm v. Illinois.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–5937.   Slotnick v. Staviskey et al.   C. A. 1st Cir. Certiorari denied.

No. 77–5943.   Garza v. United States.   C. A. 5th Cir. Certiorari denied.

No. 77–5944.   Flowers v. Massachusetts.   Ct. App. Mass.   Certiorari denied.

No. 77–5945.   Taylor v. United States.   C. A. 8th Cir. Certiorari denied.

No. 77–5946.   Wiggins v. United States.   C. A. 3d Cir. Certiorari denied.

No. 77–5947.   Jefferson v. Sanders, Chief Justice, Supreme Court of Louisiana, et al.   C. A. 5th Cir.   Certiorari denied.

No. 77–5950.   Orejuela v. United States.   C. A. 3d Cir. Certiorari denied.

No. 77–5952.   Thomas-Bey v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 77–5959.   Pierce v. Illinois.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–5961.   Burnsed v. United States.   C. A. 4th Cir. Certiorari denied.

No. 77–5963.   Raitport v. Bank & Trust Company of Old York Road et al.   C. A. 3d Cir.   Certiorari denied.